UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 18 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re: Deborah Miller Zuranich
individually and dba as successor trustee
to the Joseph J. Miller Living Trust
dated 10-8-2007
      Debtor(s)  /

Case No.: 18-31023

## CREDITOR MATRIX COVER SHEET

  I declare that the attached Creditor Mailing Matrix, consisting of _1_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: September 18th 2018

_____
Deborah Miller Zuranich individually and dba as successor tristee to the Joseph J. Miller Living Trust dated 10-8-2007

Tellone Financial
RE: 549 Lakeshore Blvd. #29
Incline Village, NV 89451
6200 E. Canyon Rim Rd. Suite 201
Anaheim Hills, CA 92807


Washoe County Tax Assessor
1001 E. 9th St.
Reno, NV 89512