# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: awong2 | | Date Created: 9/19/2018 |
| Case: 18−31023 | Form ID: 309I | | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Deborah Miller Zuranich | 3053 Fillmore St #245 | San Francisco, CA 94123 | | |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05−0153 | San Francisco, CA 94102 | |
| tr | David Burchard | P.O. Box 8059 | Foster City, CA 94404 | | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| 14849312 | Tellone Financial | 6200 E. Canyon Rim Rd. Ste 201 | Anaheim Hills, CA 92807 | | |
| 14849313 | Washoe County Tax Assessor | 1001 E. 9th St. | Reno, NV 89512 | | |

TOTAL: 8