# Notice Recipients

District/Off: 0971−3 | User: klau | Date Created: 9/19/2018
Case: 18−31023 | Form ID: OFRDI | Total: 3

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
tr      David Burchard      TESTECF@burchardtrustee.com

                                                           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Deborah Miller Zuranich      3053 Fillmore St #245      San Francisco, CA 94123

                                                           TOTAL: 1