# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 09/19/2018 |
| Case: 18−31023 | Form ID: 13PP | Total: 2 |

**Recipients of Notice of Electronic Filing:**
tr      David Burchard      TESTECF@burchardtrustee.com

                                                                                               TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Deborah Miller Zuranich      3053 Fillmore St #245      San Francisco, CA 94123

                                                                                               TOTAL: 1