# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Deborah Miller Zuranich<br>  aka Deborah Leigh Miller<br>  dba Joseph J. Miller Living Trust dated October 8, 2007<br>    Debtor(s) | Case No.: 18–31023 HLB 13<br><br>Chapter: 13 |

## ORDER AND NOTICE RE: FAILURE TO PAY FILING FEE

According to the court's records, the debtor(s) in this Chapter 13 case has failed to pay the appropriate filing fee in accordance with 28 U.S.C. §1930.

Pursuant to 11 U.S.C. §102(1), §105(a), and §707(a)(2), §1112(b)(10) or §1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee; or

2. The debtor(s) or a party–in–interest files a written objection to this order and requests a hearing.

Dated: 9/21/18

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge