# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: klau | Date Created: 9/21/2018 |
| Case: 18−31023 | Form ID: FTP | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
tr      David Burchard      TESTECF@burchardtrustee.com

                                                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Deborah Miller Zuranich      3053 Fillmore St #245      San Francisco, CA 94123

                                                                                      TOTAL: 1