Deborah Zuranich Miller
3053 Fillmore St. #245
San Francisco, CA 94123

Debtor In Propria Persona

**FILED**
OCT -2 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| IN RE: | Case No. 18-BK-31023-HLB13 |
| DEBORAH MILLER ZURANICH | CHAPTER 13 |
| Debtor. | MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS |

The Debtor Deborah Miller Zuranich moves the Court as follows:

1. On September 18th 2018, the Debtor filed a voluntary petition in bankruptcy which halted the foreclosure sale of real property.

2. The chapter 13 schedules, statement of affairs, statement of current monthly income, and chapter 13 plan are due on 10-2-2018.

3. The Debtor will need an additional ~~thirty~~ Sixty (~~30~~ 60) days to prepare the required documents, because of the need to gather all the necessary information.

4. The Debtor requests that this Court grant an extension of ~~thirty~~ Sixty (~~30~~ 60) days, until ~~November~~ Dec 1st 2018, to prepare and file the documents listed above, pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.

Date: October 2nd 2018.

_____
Deborah Miller Zuranich

---

MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

- 1 -