Entered on Docket
October 03, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 3, 2018

*[signature]*

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 18-31023 HLB |
| DEBORAH MILLER ZURANICH, | ) Chapter 13 |
| Debtor. | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

On September 19, 2018, the court entered an order requiring Debtor Deborah Miller Zuranich to file on or before October 2, 2018: Summary of Your Assets and Liabilities and Certain Statistical Information; Declaration About an Individual Debtor's Schedules; Schedules A-J; Statement of Financial Affairs for Individuals Filing for Bankruptcy; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period; Chapter 13 Calculation of Your Disposable Income; and Chapter 13 Plan (collectively, the "Required Documents"). On October 2, Ms. Zuranich filed a Motion for Extension of Time to File Required Documents (the "Motion"; Dkt. 14) by which Ms. Zuranich requested an additional sixty days to file the Required Documents. Upon due consideration, the court hereby **ORDERS** as follows:

(1) The Motion is **GRANTED** in part.

(2) The deadline for Ms. Zuranich to file the Required Documents is **October 16, 2018.**

(3) If Ms. Zuranich fails to comply fully and timely with paragraph (2) of this order, this case may be dismissed without further notice or hearing.

**\*\*END OF ORDER\*\***

## Court Service List

Deborah Miller Zuranich
3053 Fillmore St #245
San Francisco, CA 94123