```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                          Case No. 18-31023-HLB
Deborah Miller Zuranich                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-3          User: rrombawa            Page 1 of 1         Date Rcvd: Oct 03, 2018
                              Form ID: pdfeoc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
db             +Deborah Miller Zuranich,    3053 Fillmore St #245,    San Francisco, CA 94123-4009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
              David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
                                                                                              TOTAL: 2

**Entered on Docket**
**October 03, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 3, 2018

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 18-31023 HLB |
| DEBORAH MILLER ZURANICH, | Chapter 13 |
| Debtor. | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

On September 19, 2018, the court entered an order requiring Debtor Deborah Miller Zuranich to file on or before October 2, 2018: Summary of Your Assets and Liabilities and Certain Statistical Information; Declaration About an Individual Debtor's Schedules; Schedules A-J; Statement of Financial Affairs for Individuals Filing for Bankruptcy; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period; Chapter 13 Calculation of Your Disposable Income; and Chapter 13 Plan (collectively, the "Required Documents"). On October 2, Ms. Zuranich filed a Motion for Extension of Time to File Required Documents (the "Motion"; Dkt. 14) by which Ms. Zuranich requested an additional sixty days to file the Required Documents. Upon due consideration, the court hereby **ORDERS** as follows:

(1) The Motion is **GRANTED** in part.

(2) The deadline for Ms. Zuranich to file the Required Documents is **October 16, 2018.**

(3) If Ms. Zuranich fails to comply fully and timely with paragraph (2) of this order, this case may be dismissed without further notice or hearing.

**\*\*END OF ORDER\*\***

## Court Service List

Deborah Miller Zuranich
3053 Fillmore St #245
San Francisco, CA 94123