# Notice Recipients

District/Off: 0971−3　　User: kandersen　　Date Created: 11/8/2018
Case: 18−31023　　Form ID: NDC　　Total: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | David Burchard | TESTECF@burchardtrustee.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Deborah Miller Zuranich | 3053 Fillmore St #245 | San Francisco, CA 94123 | | |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC | P.O. Box 41021 | Norfolk, VA 23541 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| 14850554 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 14849312 | Tellone Financial | 6200 E. Canyon Rim Rd. Ste 201 | Anaheim Hills, CA 92807 | | |
| 14849313 | Washoe County Tax Assessor | 1001 E. 9th St. | Reno, NV 89512 | | |
| 14855587 | Washoe County Treasurer | P.O. Box 30039 | Reno, NV 89520 | | |

TOTAL: 9